# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★    AUG 23 2005    ★

LONG ISLAND OFFICE

__EASTERN__ _____ DISTRICT OF _____ __NEW YORK__

**UNITED STATES OF AMERICA**

v.

RAYMOND TENG,

**DEFENDANT.**

**WAIVER OF INDICTMENT** 8/24/05

CASE NUMBER: CR-05-0545 (DRH)

I, RAYMOND TENG, **the above named defendant, who is accused of**

knowingly and willfully making one or more false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States government in violation of 18 U.S.C. §§ 1001 and 3551 et seq.,

**being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 23, 2005, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.**

RAYMOND TENG
Defendant

MICHAEL BERKELEY, Esq.
Counsel for Defendant

Before

The Honorable Michael L. Orenstein
United States Magistrate Judge